IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01024-BNB

MICHAEL RAY INGRAM

     Plaintiff,

v.

FRANK CLEMENTS,
R. WERHOLZ,
R. RAEMISCH,
JOHN AND JANE DOES AT THE COLORADO DEPARTMENT OF CORRECTIONS,
J. FALK,
J. CHAPDELAINE,
JOHN AND JANE DOES AT STERLING CORRECTIONAL FACILITY,
JOHN AND JANE DOES, Job Board at Sterling Correctional Facility,
K. MCKAY, Physician's Assistant,
DR. CHRISTNER, and
PHYSICIANS HEALTH PARTNERS, INC., dba CORRECTIONAL HEALTH PARTNERS, a Colorado Corporation, and
JOHN AND JANE DOES, Physicians Health Partners, Inc., dba Health Partners, a Colorado Corporation,

     Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's Motion for an Enlargement of Time in Which to Respond to Magistrate's April 10, 2014 Order Directing Plaintiff to Show Cause, ECF No. 5, is GRANTED. Plaintiff shall have up to and including June 10, 2014, to respond to the Order to Show Cause. No further extensions shall be granted without just cause.

     Plaintiff also submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 3, and a certified copy of his trust fund statement, ECF No. 5. Plaintiff, however, has not submitted the authorization to calculate and disburse filing fee payments on page 3 of the § 1915 form. Accordingly, Plaintiff is directed to submit the signed authorization page by June 10, 2014.

Dated:  May 8, 2014