**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01024-REB-KMT

MICHAEL RAY INGRAM,

    Plaintiff,

v.

DEAN WILLIAMS,
R. WERHOLZ,
R. RAEMISCH,
J. FALK, Sterling Correctional Facility (SCF) Warden,
J. CHAPDELAINE, SCF Associate Warden,
K. MCKAY, SCF Physician's Assistant,

    Defendants.

## MINUTE ORDER[1]

The matter before the court is the **Defendant Keri McKay's Motion for Summary Judgment** [#195][2] filed March 26, 2020. After reviewing the motion and the record of this case, it is

**ORDERED** that the plaintiff's response to the motion for summary judgment [#195] shall be filed on or before September 14, 2020.

Dated: August 7, 2020.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#195]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.