IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01024-BNB-KMT

MICHAEL RAY INGRAM,

 Plaintiff,

v.

R. WERHOLZ,
R. RAEMISCH,
J. FALK, Sterling Correctional Facility (SCF) Warden,
J. CHAPDELAINE, SCF Associate Warden,
K. MCKAY, SCF Physician's Assistant,

    Defendants.

## DEFENDANT KERI MCKAY'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME [ECF NO. 217]

    Defendant Keri McKay, by and through counsel, Joseph P. Sanchez, Harris, Karstaedt, Jamison & Powers, P.C., hereby submits this Response to Plaintiff's Motion for Extension of Time to Respond to Defendant McKay's Motion for Summary Judgment as follows:

    1.    Defendant Keri McKay filed her motion for summary judgment [ECF No. 195] on March 26, 2020.  A complete copy of Ms. McKay's summary judgment motion was sent to Plaintiff Michael Ingram on March 26, 2020 via First Class U.S. Mail, postage prepaid, and the envelope addressed to Mr. Ingram Identified the sender as the firm Harris, Karstaedt, Jamison & Powers, P.C. and was marked "Legal Mail".  *Please see* Certificate of Service to Defendant McKay's Motion for Summary Judgment [ECF No. 195 at p. 14].

2. Undersigned defense counsel was not made aware of Mr. Ingram's alleged failure to receive Ms. McKay's summary judgment until September 17, 2020, when Plaintiff's motion for extension of time [ECF No. 217] was served on Ms. McKay via the Court's CM/ECF system.

3. A letter from Mr. Ingram dated April 15, 2020 was received by defense counsel on April 20, 2020 which provided defense counsel with Notice of Rejection/Disposition of Mail, but never identified the rejected mail as being the copy of Ms. McKay's motion for summary judgment. *Please see* Letter dated April 15, 2020 from Plaintiff, attached hereto as Exhibit A.

4. Defense counsel for Ms. McKay re-sent Mr. Ingram a complete copy of Ms. McKay's Motion for Summary Judgment on September 30, 2020. The envelope was marked "LEGAL MAIL" and included defense counsel's name and attorney registration No. 20975. *Please see* copy of envelope and certificate of service dated September 30, 2020, attached hereto as Exhibit B.

5. Mr. Ingram is requesting an extension of six months to respond to Ms. McKay's summary judgment, but fails to provide any reason for needing six additional months in which to file a response, other than his assertion that he did not receive a copy of the motion when filed.

6. Since defense counsel has re-sent Mr. Ingram a copy of Ms. McKay's summary judgment motion, and Mr. Ingram should now be in possession of the motion, Defendant McKay does not oppose a twenty-one day period of time for Mr. Ingram to file a response to her summary judgment motion.

Respectfully submitted this 5th day of October, 2020.

        Respectfully submitted,

*/s/ Joseph P. Sanchez*
Joseph P. Sanchez, #20975
HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Phone:   720-875-9140
Fax:       720-875-9141
jsanchez@hkjp.com
ATTORNEYS FOR DEFENDANT KERI MCKAY

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 5th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Gregory Rojas Bueno
Joshua George Urquhart
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203


**By U. S. Mail, Postage Prepaid as Follows:**

Michael R. Ingram
Prisoner No. 43629
Sterling Correctional Facility (SCF)
PO Box 6000
Sterling, CO  80751
LEGAL MAIL

*Pro Se Plaintiff*

              *Original signature on file at office of*
              *Harris, Karstaedt, Jamison & Powers, P.C.*

              /s/ C. Kentner