4-18-21

M. Ingram #43629
Box 6000
Sterling CO 80751

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 21 2021
JEFFREY P. COLWELL
CLERK

US District Court
901 19TH St Rm A105
Denver CO 80294

Dear Clerk:

Please find enclosed a copy of a motion for extension of time. As soon as I get copies made I will send a certificate of mailing for counsel

Thank you

Sincerely,

M. Ingram